# U.S. District Court
## Western District of Missouri (Kansas City)
### CRIMINAL DOCKET FOR CASE #: 4:20−mj−00150−WBG−1

| | |
|---|---|
| Case title: USA v. Howland | Date Filed: 10/09/2020 |

Assigned to: Magistrate Judge W. Brian Gaddy

USDC -  DVT
2:20-mj-119-1

**Defendant (1)**

**Joshua Howland**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Between in or about November 2019 and July 2020, in the Western District of Missouri and elsewhere, JOSHUA HOWLAND, defendant herein, conspired with others to knowingly make, print, and publish, and cause to be made, printed, or published, any notice and advertisement seeking and offering to exchange, display, distribute, and reproduce any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, and which notice and advertisement was transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means including by computer, all in violation of Title 18, United States Code, Section 2251(d) and (e). | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alison Dawn Dunning**<br>United States Attorney's Office−KCMO<br>400 E 9th Street<br>Suite 5510<br>Kansas City, MO 64106<br>816−426−4240<br>Fax: 816−426−4210<br>Email: alison.dunning@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br>*Bar Status: Active* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2020 | 1 | COMPLAINT as to Joshua Howland (1). (Attachments: # 1 Affidavit) (Williams, Teresa) (Entered: 10/09/2020) |